UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, <br>　　　　　Plaintiffs <br><br> vs. <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br>　　　　　Defendant | C.A. No. 04-12311 RCL |

## NOTICE OF DISMISSAL

Now come the plaintiffs, Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that plaintiffs' claim against defendant Fidelity and Deposit Company of Maryland is dismissed with prejudice and without costs.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LOUIS G. RASETTA and JOHN J.
　　　　　　　　　　　　　　　　　　　　　SHAUGHNESSY, as they are TRUSTEES,
　　　　　　　　　　　　　　　　　　　　　INTERNATIONAL UNION OF
　　　　　　　　　　　　　　　　　　　　　OPERATING ENGINEERS LOCAL 4
　　　　　　　　　　　　　　　　　　　　　HEALTH AND WELFARE FUND, et al,

　　　　　　　　　　　　　　　　　　　　　By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Dismissal has been served by certified and first class mail upon Fidelity and Deposit Company of Maryland at Chesapeake & Calvert Building, 3910 Keswick Road, Baltimore, MD  21211 this 13th day of January, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
3118 03-391/notofdis-fidelity&dep.doc